U.S. DISTRICT JUDGE RICHARD A. JONES
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DONNA EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:13-CV-5436-RAJ-MAT<br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Plaintiff in the above-entitled action will hereafter be represented by and through the attorney of record listed below:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
Telephone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com

You are advised that service of all further pleadings, notices, documents or other papers not filed electronically, may be made upon Plaintiff by serving the above-named attorney.

///

Page 1   PLAINTIFF'S NOTICE OF APPEARANCE
          [3:13-CV-5436-RAJ-MAT]

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA  98383
Telephone: (360) 329-6968

Respectfully submitted this 21st day of August, 2013.

    s/ CHRISTOPHER H. DELLERT       WSB #42453
Christopher H. Dellert
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA   98383
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed with the Clerk of the Court on August 21, 2013, using the CM/ECF system, which will send notification of such filing to the following: <u>Nancy Mishalanie and Kerry Jane Keefe, Civil Chief.</u>

    s/ CHRISTOPHER H. DELLERT       WSB #42453
Christopher H. Dellert
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA   98383
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com

Page 2    PLAINTIFF'S NOTICE OF APPEARANCE
[3:13-CV-5436-RAJ-MAT]

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA  98383
Telephone: (360) 329-6968