UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA EVANS, | ) |
| | ) CASE NO. C13-5436-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING EXTENSION OF |
| | ) TIME OF BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed the parties' first unopposed motion for extension of time (Dkt. 18), requesting a 24-day extension of the due date in which to file the Opening Brief. Two of the new dates stipulated to fall on a weekend. The Court therefore GRANTS an extension of the briefing schedule, with the new deadlines as follows:

Plaintiff's Opening Brief:        October 4, 2013

Defendant's Responsive Brief:     November 1, 2013

Plaintiff's optional Reply Brief: November 15, 2013

.

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01       DATED this <u>29th</u> day of August, 2011.

02

03                                             */s/ Mary Alice Theiler*

04                                             Mary Alice Theiler
                                              Chief United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2