01
02
03
04
05

06                               UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                       AT SEATTLE

08 DONNA EVANS, )
                                      ) CASE NO. C13-5436-RAJ-MAT
09     Plaintiff, )
                                      )
10     v. ) ORDER GRANTING EXTENSION OF
                                      ) TIME OF BRIEFING SCHEDULE
11 CAROLYN W. COLVIN, )
    Acting Commissioner of Social Security, )
12                                       )
    Defendant. )
13 _____ )

14       Plaintiff filed the parties' first unopposed motion for extension of time (Dkt. 18),

15 requesting a 24-day extension of the due date in which to file the Opening Brief. Two of the

16 new dates stipulated to fall on a weekend. The Court therefore GRANTS an extension of the

17 briefing schedule, with the new deadlines as follows:

18       Plaintiff's Opening Brief:      October 4, 2013

19       Defendant's Responsive Brief:      November 1, 2013

20       Plaintiff's optional Reply Brief:      November 15, 2013

21

22 .

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01      DATED this 29th day of August, 2011.

         [signature]
         Mary Alice Theiler
         Chief United States Magistrate Judge

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2