01

02

03

04

05                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                     AT SEATTLE

07   DONNA VALERIE EVANS,                )
                                         )     CASE NO. C13-5436-RAJ
08          Plaintiff,                   )
                                         )
09          v.                           )     ORDER OF REMAND FOR
                                         )     PAYMENT OF BENEFITS
10   CAROLYN W. COLVIN, Acting           )
     Commissioner of Social Security,    )
11                                       )
            Defendant.                   )
12   _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, and the Report and Recommendation of United States Magistrate

15   Judge Mary Alice Theiler.   It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation[1];

17   _____

18   [1] The court provides one clarification. In an unpublished decision, the Ninth Circuit opined that
     evidence from the development period is not required in order to establish that the impairment began
     before the end of the developmental period. *Hernandez v. Astrue*, 380 Fed. Appx. 699, 2010 WL
19   2171012, *1 (June 15, 2010) (unpublished).   Rather, the agency may use its judgment when current
     evidence allows it to infer when the impairment began. *Id.*  Nevertheless, the court agrees that the
20   relevant timeframe for the subaverage intellectual functioning with deficits in adaptive functioning is
     before the age of 22, and the first prong of Listing 12.05C does not require consideration of a claimant's
21   current adaptive functioning. *See Kennedy v. Colvin*, 738 F.3d 1172, 1176 (9th Cir. 2013) ("Listing
     12.05C has three main components: (1) subaverage intellectual functioning with deficits in adaptive
22   functioning initially manifested before age 22; (2) an IQ score of 60 to 70; and (3) a physical or other
     mental impairment causing an additional and significant work-related limitation.").

     ORDER OF REMAND FOR PAYMENT OF BENEFITS
     PAGE -1

01    (2)    The Court REMANDS this matter for payment of benefits; and

02    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

03    DATED this 18th day of June, 2014.

04

05    _____

06    The Honorable Richard A. Jones
      United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF REMAND FOR PAYMENT OF BENEFITS
PAGE -2